FILED
SALINE COUNTY
CIRCUIT CLERK

2019 JUN -4 PM 3: 29

BY: ___ ᒍ�536

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
CIVIL DIVISION

ERIN SCHLAGEL AND KAI
SCHLAGEL, HER HUSBAND                                          PLAINTIFFS

VS.                        CASE NO. 63CV-19-ዕ77-3

UNITED SERVICES AUTOMOBILE
ASSOCIATION                                                   DEFENDANT


## COMPLAINT

Come Plaintiffs, Erin Schlagel and Kai Schlagel, Her Husband, by their attorney, John Doyle

Nalley, and for their Complaint against Defendant, United Services Automobile Association

(hereafter "USAA"), state:

### I.

### JURISDICTION, VENUE & PARTIES

1.    Plaintiffs were at all times mentioned herein residents of Benton, Saline County,

Arkansas.

2.    Defendant, USAA, upon information and belief, is a foreign insurance company

which issues automobile insurance in the State of Arkansas.

3.    That on or about November 16, 2018, Plaintiff, Erin Schlagel, suffered injuries in an

automobile accident which occurred in Saline County, Arkansas; venue properly lies in Saline

County, Arkansas, pursuant to Arkansas Code Annotated § 16-60-112 (a).

**EXHIBIT
2**

## II.

## CAUSE OF ACTION AGAINST USAA

4.      That at all times mentioned herein, Plaintiffs, Erin Schlagel and Kai Schlagel, Her Husband, were insured under a policy of automobile insurance issued by USAA, containing, among other coverages, medical payments coverage with limits of FIVE THOUSAND AND NO/100 DOLLARS ($5,000.00) each.  A copy of the Declarations Page of the USAA policy is attached hereto as Exhibit "1".

5.      That Plaintiffs have made demand on USAA for payment of its medical payments coverage in the amount of FIVE THOUSAND AND NO/100 DOLLARS ($5,000.00) applicable to the claim of Erin Schlagel, and payment has been refused.  A copy of USAA's letter of May 30, 2019, is attached hereto as Exhibit "2".

6.      That Plaintiffs, Erin Schlagel and Kai Schlagel, Her Husband, pray judgment against Defendant, USAA, for payment of the FIVE THOUSAND AND NO/100 DOLLARS ($5,000.00) in medical payments coverage provided under its policy applicable to the claim of Erin Schlagel; together with twelve percent (12%) penalty, prejudgment interest and attorney's fees, pursuant to Arkansas law, the total of which is less than the amount required for federal diversity jurisdiction.

## II.

## TRIAL BY JURY

7.      That Plaintiffs request a trial by jury.

WHEREFORE, Plaintiffs, Erin Schlagel and Kai Schlagel, Her Husband, pray judgment against Defendant, United Services Automobile Association, for payment of the FIVE THOUSAND AND NO/100 DOLLARS ($5,000.00) in medical payments coverage provided under its policy applicable to the claim of Plaintiff, Erin Schlagel; together with twelve percent (12%) penalty,

prejudgment interest and attorney's fees, pursuant to Arkansas law, the total of which is less than the amount required for federal diversity jurisdiction; for a trial by jury; and for all other relief to which they are entitled.

Respectfully Submitted,

JOHN DOYLE NALLEY
Attorney for Defendant
Arkansas Bar # 86132
P.O. Box 606
Benton, Arkansas 72018
Phone No. (501) 315-7491
Fax No. (501) 778-4979
johndoylenalley@hotmail.com

# EXHIBIT "1"



UNITED SERVICES AUTOMOBILE ASSOCIATION

ADDL INFO ON NEXT PAGE   MAB MCH-M-I
PAGE
RENEWAL OF

ARKANSAS AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)
Named Insured and Address

POLICY NUMBER
01914 73 | 74U 7101 3
POLICY PERIOD
EFFECTIVE SEP 10 2018 TO MAR 10 2019

OPERATORS
01 KAI SCHLAGEL
03 ERIN SCHLAGEL

KAI SCHLAGEL
PO BOX 651
BENTON AR 72018-0651

| Description of Vehicle(s) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NO | YEAR | TRADE NAME | MODEL | BODY TYPE | | IDENTIFICATION NUMBER | SYM |
| 09 | 12 | CHEV | SUBURBN 1500 | 4D | 18000 | 1GNSCJE06CR168991 | P |
| 10 | 13 | POLARIS | RANGER | | 10 | 4XAUH9EABDG281960 | P |
| 11 | 88 | TOYOTA | STO 8EO 4X4 | 2 DOOR | 500 | JT4RN63A7J0227137 | P |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated
VEH 09  BENTON AR 72015-4137        VEH 11  BENTON AR 72015-4137
VEH 10  BENTON AR 72015-4137
This policy provides ONLY those coverages where a premium is shown below. The limits shown
may be reduced by policy provisions and may not be combined regardless of the number of
vehicles for which a premium is listed unless specifically authorized elsewhere in this policy

| COVERAGES  LIMITS OF LIABILITY  ("FACV" MEANS ACTUAL CASH VALUE) | VEH 09 6-MONTH | | VEH 10 6-MONTH | | VEH 11 6-MONTH | |
|---|---|---|---|---|---|---|
| | D-DED PREMIUM | | D-DED PREMIUM | | D-DED PREMIUM | |
| STORED VEH-PART D COVERAGE EXCLUDED IF DRIVEN, EXCEPT FOR LOSS PAYEE | | | STORED | | | |
| PART A - LIABILITY | | | | | | |
| BODILY INJURY - EA PER-$ 25,000 | | | | | | |
| EA ACC $ 50,000 | 61.11 | | 23.63 | | 36.23 | |
| PROPERTY DAMAGE EA ACC $ 25,000 | 87.99 | | 27.05 | | 39.23 | |
| PART B - MISC VEH MED PAY | | | | | | |
| EA PER $ 1,000 | | | 10.47 | | | |
| PART B - PERSONAL INJURY PROTECTION | | | | | | |
| MED EXPENSE BENEFIT - $ 5,000 | 17.31 | | | | 12.79 | |
| WORK LOSS BENEFIT - $140/WK | 2.81 | | | | 3.31 | |
| DEATH BENEFIT - $5,000 | 1.41 | | | | 1.66 | |
| PART C - UNINSURED MOTORISTS | | | | | | |
| BODILY INJURY - EA PER $ 25,000 | | | | | | |
| EA ACC $ 50,000 | 24.53 | | 14.13 | | 15.18 | |
| PROPERTY DAMAGE EA ACC $ 25,000 | D 200 | 11.20 | 200 | 6.45 | 200 | 6.93 |

TOTAL PREMIUM - SEE FOLLOWING PAGE(S)

LOSS PAYEE
VEH 09   COMPASS BANK, PHOENIX AZ
VEH 10   CAPITAL ONE AUTO FINANCE, MINNEAPOLIS MN

ENDORSEMENTS: ADDED 09-10-18 -  NONE
MAIN IN EFFECT(REFER TO PREVIOUS POLICY)-  ACCFOR(01)  A402(02)
A155CW(02)-STORAGE  RSGPCW(01)  5100AR(03)
INFORMATION FORMS:  126265(01)  663AR(03)  999AR(25)

WITNESS WHEREOF, the Subscribers of UNITED SERVICES AUTOMOBILE ASSOCIATION have caused these presents to be signed
ir Attorney-in-Fact on this date   JULY 18, 2018

Laura Bishop
President, USAA Reciprocal Attorney-in-Fact

D U 07-11
1-07-11

# EXHIBIT "2"



May 30, 2019

Reference: Claim for medical expenses

JOHN NALLEY
LOVELL NALLEY & FORD
501 N MAIN ST
BENTON, AR 72015

Dear Sir or Madam:

We have been notified of the automobile accident referenced

| | |
|---|---|
| Policyholder: | KAI SCHLAGEL |
| Patient Name: | SCHLAGEL, ERIN |
| Claim #: | 019147374-014-000 |
| Date of Loss: | November 16, 2018 |
| Company Name: | United Services Automobile Association |

Please read the auto policy for details of your client's medical coverage. The language of the policy and applicable state statutes govern the medical coverage benefits available for reimbursement to your client. If your client has not provided you with a copy of the policy, you may obtain a copy by contacting the USAA claim representative.

The continuing increase in the cost of health care has a direct impact on the premiums paid for auto policies. USAA has a responsibility to all of its insureds to pay only those amounts covered by the auto policy. USAA utilizes an independent third party contractor, Auto Injury Solutions, to provide a medical bill auditing tool to assist USAA in reviewing health care provider services and charges to ensure billing accuracy, avoid duplication of payment, identify treatment that is reasonable, necessary and appropriate for accident related injuries, and to evaluate the reimbursement amount. USAA uses this analysis in determining whether the services rendered and fees charged are payable under the provisions of the policy and applicable state law.

Your client's health care providers may provide services not covered by the auto policy or charge more for services than the amount covered by the policy. Some providers will expect your client to pay the balance of the bill not paid by USAA. We suggest you discuss with your client and your client's health care providers the payment expectations for non-reimbursable services or costs.

**Procedure for Submitting Invoices to USAA**

To ensure prompt review of your health care expenses, you or your health care provider should send all invoices to USAA electronically through Emdeon Business Services clearing house or by mail to:

Auto Injury Solutions
Attn: USAA Medical Mail Dept.
P.O. Box 5000
Daphne, AL 36526

Page 1 of 3

Please be certain to include the following information with each invoice or it may be returned to you:

- The USAA claim number;
- The date of the accident;
- Your name and address;
- Your date of birth;
- The physical address where the treatment occurred;
- The name of provider;
- Treatment and/or office notes for each date of service;
- The provider's Tax ID number; and
- ICD codes and CPT codes for each date of service.

All correspondence to USAA relating to this claim, including bills, medical records or other documents or information, must include the following information or it may be returned to you:

- The USAA claim number;
- The date of the accident;
- The patient's name;
- The patient's address; and
- The patient's date of birth;

If USAA requests copies of medical records, USAA will reimburse, in accordance with any state statute, the reasonable cost incurred for those copy charges.

Reference: Claim for medical expenses

JOHN NALLEY
LOVELL NALLEY & FORD

501 N MAIN ST
BENTON, AR 72015

Dear Sir or Madam:

We have been notified of the automobile accident referenced

| | |
|---|---|
| Policyholder: | KAI SCHLAGEL |
| Patient Name: | SCHLAGEL, ERIN |
| Claim #: | 019147374-014-000 |
| Date of Loss: | November 16, 2018 |
| Company Name: | United Services Automobile Association |

Please read the auto policy for details of your client's medical coverage. The language of the policy and applicable state statutes govern the medical coverage benefits available for reimbursement to your client. If your client has not provided you with a copy of the policy, you may obtain a copy by contacting the USAA claim representative.

The continuing increase in the cost of health care has a direct impact on the premiums paid for auto policies. USAA has a responsibility to all of its insureds to pay only those amounts covered by the auto policy. USAA utilizes an independent third party contractor, Auto Injury Solutions, to provide a medical bill auditing tool to assist USAA in reviewing health care provider services and charges to ensure billing accuracy, avoid duplication of payment, identify treatment that is reasonable, necessary and appropriate for accident related injuries, and to evaluate the reimbursement amount. USAA uses this analysis in determining whether the services rendered and fees charged are payable under the provisions of the policy and applicable state law.

Your client's health care providers may provide services not covered by the auto policy or charge more for services than the amount covered by the policy. Some providers will expect your client to pay the balance of the bill not paid by USAA. We suggest you discuss with your client and your client's health care providers the payment expectations for non-reimbursable services or costs.

**Procedure for Submitting Invoices to USAA**

To ensure prompt review of your health care expenses, you or your health care provider should send all Invoices to USAA electronically through Emdeon Business Services clearing house or by mall to:

> Auto Injury Solutions
> Attn: USAA Medical Mail Dept.
> P.O. Box 5000
> Daphne, AL 36526

Please be certain to Include the following Information with each Invoice or It may be returned to you:

- The USAA claim number;
- The date of the accident;
- Your name and address;
- Your date of birth;
- The physical address where the treatment occurred;
- The name of provider;
- Treatment and/or office notes for each date of service;
- The provider's Tax ID number; and
- ICD codes and CPT codes for each date of service.

All correspondence to USAA relating to this claim, Including bills, medical records or other documents or Information, must Include the following Information or it may be returned to you:

- The USAA claim number;
- The date of the accident;
- The patient's name;
- The patient's address; and
- The patient's date of birth;

If USAA requests copies of medical records, USAA will reimburse, In accordance with any state statute, the reasonable cost Incurred for those copy charges.

Page 3 of 3

1  SE8115009- EORID -Bh

# EXPLANATION OF REIMBURSEMENT ("EOR")

**USAA®**

2  This is not a bill
3  Archive Copy
5  Florida          4  Patient Copy

6 Company          :
                                                    Member Number : ########-###-###   7   Adj# SE1-07916-00037   8
10                                                  9  Date Of Loss : 09/27/2005
Receive Date      : 03/27/2015   12
Service Provider  : Provider, Test MD, PA          11  Customer Service : 866-673-3443
S9-1988450  14      500 VONDERBURG DR # 300              13  Fax : 888-272-1255
                    BRANDON FL 33511
                                                    15   Patient : Test Patient
16                                                           12345 Free St
Provider Title  17  : Facility                              TAMPA FL 33615
Provider Specialty  :

                                                18
Billing Provider  : Provider, Test MD, PA        19  Patient Account #:
                    500 VONDERBURG DR # 300
                    BRANDON FL 33511

The enclosed information is to inform you of the adjusting decision that has been made by USAA concerning your claim for payment of
medical bills pursuant to your available coverages. Please review the billed services noted below for accuracy of treatment received. If the   20
services billed do not reflect the treatment that you received, please immediately contact your USAA claims representative. If this form
indicates that further information is requested from the provider in order to make a payment decision, please request that your provider
supply that information. If you or your provider have questions concerning the information contained on this form or any accompanying
physician's letter, or do not agree with the adjusting decision of USAA, please see the last page of this form for instructions regarding the
procedure for obtaining answers to questions or to formally appeal this adjusting decision. Payments reflected on this EOR are sent
separately from this EOR.

21
Dates Of Service  : 03/01/2015 to 03/01/2015

| 22 23 ICD REF  ICD | 24 POA | 25 IND | 26 DIAGNOSIS DESCRIPTION |
|---|---|---|---|
| 1    847.1 | | ICD-9 | Thoracic sprain and strain |

| 27 28 LINE DATE OF NR SERVICE | 29 CPT CODE | 30 MOD | 31 DESCRIPTION | 32 UNITS | 33 BILLED AMOUNT | 34 \PENALTY REDUCTION | 35 REIM AMOUNT | 36 REASON CODE |
|---|---|---|---|---|---|---|---|---|
| 1  3/01/15  22 ICD Ref   1 | 97533 | | Sensory integrative techniques each 15 minu | 1 | $5000.00 | 0.00 | 0.00 | FL_CMS |
| **Total Lines :**  1 | | | | | **5000.00** | **0.00** | **0.00** | |

37
Claim Rep: SE1-07916-00037
800-531-8722

38
Printed On --                          39
24-Aug-2015  5:17 am                    Page 1 of 3

Saline County AR      CTX-000000127029      10 of 22



| | | |
|---|---|---|
| Billing Provider : Provider, Test MD, PA | 40 | Member Number : ########-###-### 41 |
| | | SE8115009- EORID -8h 42 Archive Copy |
| Service Provider : Provider, Test MD, PA | 43 | Total Charges : $ 5,000.00 44 |
| Patient Name : Test, Patient | 45 | Dates Of Service : 03/01/2015 - 03/01/2015 46 |

| | | |
|---|---|---|
| Reimbursement Amount : | 0.00 | 47.a |
| Apportionment % : | | 47.b |
| Subtotal : | 0.00 | 47.c |
| Less Deductible : | 0.00 | 47.d |
| Limited Benefits/Copay : | 0.00 | 47.e |
| Collateral Source/Healthcare Carrier Payment : | 0.00 | 47.f |
| Plus Interest : | 0.00 | 47.g |
| EOR Check Amount : | 0.00 | 47.h |
| Allocated PIP Payment : | 0.00 | 47.i |
| Allocated MedPay Payment : | 0.00 | 47.j |

48
Comments :

| EXPLANATION | EXPLANATION FOR THE REVIEW AMOUNT | REF DOC_ID | REF LINE NUMBER |
|---|---|---|---|
| FL_CMS | Bill needs to be submitted on a CMS 1500 or UB92 form pursuant to Florida PIP statute 627.736. | | |

49
Warning: Fla. Stat. Ann. § 817.234(1)(b) (West 2009) states: "Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree."



 EXPLANATION OF REIMBURSEMENT ("EOR") Information Sheet

The following numbers correspond with the Explanation of Reimbursement (EOR) Report.

1. The EOR Doc Id number is the reference number assigned to the medical bill. This Doc Id number should always be referenced if making inquiries on the bill.
2. "This is not a bill" indicates that no payment is due upon receipt of the Explanation of Reimbursement (EOR) Report.
3. Archive Copy indicates that the EOR has been printed and a payment decision has been made by the insurance carrier.
4. Patient Copy indicates that the EOR was sent to the patient. A copy is also mailed to the provider and to an attorney if the patient or provider has representation.
5. The jurisdiction state assigned to the claim.
6. The USAA company name to which the policy was issued for the date of loss.
7. The claim number assigned to the claim.
8. The adjuster region and number for the claim.
9. The date of loss for which the accident occurred.
10. The date that USAA received the medical bill or documentation for processing.
11. The phone number for USAA customer service at Auto Injury Solutions.
12. The service provider's name and address.
13. The facsimile number to submit medical mail to at Auto Injury Solutions.
14. The service provider's tax identification number (employer identification number or social security number).
15. The patient's name and address.
16. The provider's title (i.e. MD, Chiropractor, facility).
17. The provider's specialty (i.e. Neurology, Orthopedic).
18. The billing provider's name and address.
19. The patient's account number assigned by the treating provider.
20. Explanation of the report.
21. The range of dates of service billed. First date of service and last date of service is identified.
22. Identifies a reference number for each diagnosis code reported.
23. ICD diagnosis codes reported.
24. Indicates if the diagnosis was present on admission (applies to inpatient only).
25. Identifies the ICD code reported as ICD-9 or ICD-10.
26. The description of the diagnosis codes billed.
27. Bill-line reference number.





Billing Provider : Provider, Test MD, PA          40

Service Provider : Provider, Test MD, PA          41

Patient Name   : Test, Patient .          45

Member Number : ########-###-###  41

Total Charges : $ 5,000.00    44

Dates Of Service : 03/01/2015    -  03/01/2015   45

SE0115009- EORID -8h          42
Archive Copy

30

USAA does not waive its right to assert any and all defenses in addition to those referenced herein.

Saline County AR          CTX-000000127029          13 of 22

28. Date of service for each billed service.
29. CPT code or procedure code billed and/or reviewed.
30. Modifier code billed (if applicable).
31. CPT code or procedure code description.
32. The units billed by the provider (defaults to one unit).
33. The billed amount for each line item.
34. The penalty/reduction applied for each line-item (applies to NJ Precert only).
35. The reimbursement amount at each line
36. The reason code for the line item.
37. The name and phone number of the USAA adjuster assigned to the claim.
38. The date and time that the EOR was printed.
39. The page number and total number of pages associated with the Doc Id.
40. Subsequent page header – Billing provider name.
41. Subsequent page header – Member number or claim number assigned to the claim.
42. Subsequent page header – EOR Doc Id number.
43. Subsequent page header – Service provider name.
44. Subsequent page header – Total charges billed.
45. Subsequent page header – Patient name.
46. Subsequent page header – Dates of service billed.
47. The reimbursement summary:
    a. Reimbursement amount of the bill.
    b. Apportionment percentage if applicable
    c. Subtotal includes the reimbursement amount minus the apportionment percentage.
    d. Less deductible subtracts the deductible amount from the reimbursement amount.
    e. Limited Benefits/Co-pay amount
    f. Collateral source/healthcare carrier payment.
    g. Plus interest is any additional amount owed due to timeliness of payment.
    h. EOR check amount is the total amount paid.
    i. Allocated PIP payment is the amount paid under PIP coverage.
    j. Allocated MedPay Payment is the amount paid under PIP coverage.
48. Comments associated with the Doc Id. May indicate where the payment was mailed or may include comments specific to the review of the claim.
49. State-specific language. This section is reserved for use in those states that require specific language on the Explanation of Reimbursement.
50. A USAA disclaimer which means that USAA is not prohibited from asserting defenses in the future.

UV4129343- EORID -we



# EXPLANATION OF REIMBURSEMENT ("EOR")

This is not a bill
Copy
Representative Copy

**USAA®**

Arkansas

| | | |
|---|---|---|
| **Company** | : 002 - United Services<br>Automobile Association | **Member Number :** 019147374-014-000 Adj# CE1-07247-0000 |
| **Receive Date** | : 05/22/2019 | **Date Of Loss:** 11/16/2018 |
| **Service Provider** | : SIMMONS, J TERRY | **Customer Service :** 866-673-3443 |
| 71-0531719 | 23253 I 30<br>BRYANT AR 72022 | **Fax :** 888-272-1255 |

**Representative :** JOHN NALLEY
LOVELL NALLEY & FORD
501 N MAIN ST
BENTON, AR 72015

**Provider Title** : Chiropractor

**Provider Specialty** :

**Billing Provider** : SIMMONS CHIROPRACTIC CLINIC PA
DBA CHIROPRACTIC HEALTH CENTER
23253 I 30
BRYANT AR 72022

**Patient** : SCHLAGEL, ERIN
PO BOX 651
BENTON AR 72018

The enclosed information is to inform you of the adjusting decision that has been made by USAA concerning your claim for payment of medical bills pursuant to your available coverages. Please review the billed services noted below for accuracy of treatment received. If the services billed do not reflect the treatment that you received, please immediately contact your USAA claims representative. If this form indicates that further information is requested from the provider in order to make a payment decision, please request that your provider supply that information. If you or your provider have questions concerning the information contained on this form or any accompanying physician's letter, or do not agree with the adjusting decision of USAA, please see the last page of this form for instructions regarding the procedure for obtaining answers to questions or to formally appeal this adjusting decision. Payments reflected on this EOR are sent separately from this EOR.

**Dates Of Service :** 11/19/2018 to 12/17/2018

WARNING: Ark. Code Ann. 23-66-503(a) states: "Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject t

| ICD REF | ICD | POA | IND | DIAGNOSIS DESCRIPTION |
|---|---|---|---|---|
| 1 | S13.4XXA | | ICD-0 | Sprain lig cerv spine initial enc |
| 2 | S23.3XXA | | ICD-0 | Sprain ligaments t-spine initial |
| 3 | S33.5XXA | | ICD-0 | Sprain ligaments lumbar spn initial |
| 4 | S33.8XXA | | ICD-0 | Sprain sl joint initial encounter |
| 5 | M62.830 | | ICD-0 | Muscle spasm of back |

| | LINE DATE OF<br>NR SERVICE | CPT<br>CODE | MOD | DESCRIPTION | UNITS | BILLED<br>AMOUNT | †PENALTY<br>REDUCTION | REIM<br>AMOUNT | REASON<br>CODE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/19/18 | 99203 | 25 | Office outpatient new 30 minutes | 1 | 130.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | | |
| 10 | 11/20/18 | 98941 | | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | | |
| 11 | 11/28/18 | 97014 | | Appl modality 1/> areas elec stlmj unattended | 1 | 35.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | | |

Claim Rep: Jenafer Dominguez
800-531-8722 x 74559

| | Billing Provider : | SIMMONS CHIROPRACTIC CLINIC | Member Number : 019147374-014-000 | | | UV4129343- EORID -wo Copy |
|---|---|---|---|---|---|---|
| | Service Provider : | SIMMONS, J TERRY | | | | |
| | | | Total Charges : $ 2,776.00 | | | |
| | Patient Name  : | SCHLAGEL, ERIN | Dates Of Service : 11/19/2018   -  12/17/2018 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | 11/28/18 | 97012 | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 13 | 11/28/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 14 | 11/28/18 | 97010 | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 15 | 11/28/18 | 98941 | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 16 | 11/29/18 | 97014 | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 17 | 11/29/18 | 97012 | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 18 | 11/29/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 19 | 11/29/18 | 97010 | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 2 | 11/19/18 | 97014 | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 20 | 11/29/18 | 98941 | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 21 | 11/30/18 | 97014 | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 22 | 11/30/18 | 97012 | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 23 | 11/30/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 24 | 11/30/18 | 97010 | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 25 | 11/30/18 | 98941 | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 26 | 12/03/18 | 97014 | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |

Claim Rep: Jenafer Dominguez
800-531-8722 x 74559

Printed On --
30-May-2019  12:50 pm

Page 2 of 7

Saline County AR      CTX-000000127029      16 of 22

USAA

| Billing Provider : | SIMMONS CHIROPRACTIC CLINIC | Member Number : 019147374-014-000 | | UV4129343- EORID -we Copy |
| Service Provider : | SIMMONS, J TERRY | | | |
| | | Total Charges : $ 2,776.00 | | |
| Patient Name : | SCHLAGEL, ERIN | Dates Of Service : 11/19/2018 | - 12/17/2018 | |

| 27 | 12/03/18 | 97012 | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 | DOCS5 |
|---|---|---|---|---|---|---|---|---|
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 28 | 12/03/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 29 | 12/03/18 | 97010 | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 3 | 11/19/18 | 97012 | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 30 | 12/03/18. | 98941 | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 31 | 12/05/18 | 97014 | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 32 | 12/05/18 | 97012 | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 33 | 12/05/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 34 | 12/05/18 | 97010 | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 35 | 12/05/18 | 98941 | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 36 | 12/06/18 | 97014 | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 37 | 12/06/18 | 97012 | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 58 | 12/06/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 39 | 12/06/18 | 97010 | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 4 | 11/19/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 40 | 12/06/18 | 98941 | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 | DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |

Claim Rep: Jenafer Dominguez
800-531-8722 x 74559

| | Billing Provider : | SIMMONS CHIROPRACTIC CLINIC | | Member Number : 019147374-014-000 | | | UV4129343- EORID -we Copy |
|---|---|---|---|---|---|---|---|
| USAA® | Service Provider : | SIMMONS, J TERRY | | | | | |
| | Patient Name    : | SCHLAGEL, ERIN | | Total Charges : $ 2,776.00 | | | |
| | | | | Dates Of Service : 11/19/2018   -  12/17/2018 | | | |

| 41 | 12/10/18 | 97014 | | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 DOCS5 |
|---|---|---|---|---|---|---|---|---|
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 42 | 12/10/18 | 97012 | | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 43 | 12/10/18 | 97124 | | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 44 | 12/10/18 | 97010 | | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 45 | 12/10/18 | 98941 | | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 DOCS5 |
| 1CD Ref | 1,2,3,4,5 | | | | | | | |
| 46 | 12/10/18 | 99214 | 25 | Office outpatient visit 25 minutes | 1 | 96.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 47 | 12/12/18 | 97014 | | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 48 | 12/12/18 | 97124 | | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 49 | 12/12/18 | 97010 | | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 5 | 11/19/18 | 97010 | | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 50 | 12/12/18 | 98941 | | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 51 | 12/12/18 | 97110 | | Therapeutic px 1/> areas each 15 min exercises | 1 | 80.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 52 | 12/14/18 | 97014 | | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 53 | 12/14/18 | 97124 | | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 54 | 12/14/18 | 97010 | | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 55 | 12/14/18 | 98941 | | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 DOCS5 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |

Claim Rep: Jenofer Dominguez
800-531-8722 x 74559

| Billing Provider : | SIMMONS CHIROPRACTIC CLINIC | Member Number : 019147374-014-000 | | UV4129343- EORID -we Copy |
|---|---|---|---|---|
| Service Provider : | SIMMONS, J TERRY | | | |
| | | Total Charges : $ 2,776.00 | | |
| Patient Name  : | SCHLAGEL, ERIN | Dates Of Service : 11/19/2018 | - 12/17/2018 | |

**USAA**®

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56 | 12/14/18 | 97110 | Therapeutic px 1/> areas each 15 min exercises | 1 | 80.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 57 | 12/17/18 | 97014 | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 58 | 12/17/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 59 | 12/17/18 | 97010 | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 6 | 11/20/18 | 97014 | Appl modality 1/> areas elec stimj unattended | 1 | 35.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 60 | 12/17/18 | 98941 | Chiropractic manipulative tx spinal 3-4 regions | 1 | 60.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 61 | 12/17/18 | 97110 | Therapeutic px 1/> areas each 15 min exercises | 1 | 80.00 | 0.00 | 0.00 | OOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 7 | 11/20/18 | 97012 | Appl modality 1/> areas traction mechanical | 1 | 30.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 8 | 11/20/18 | 97124 | Ther px 1/> areas each 15 minutes massage | 1 | 55.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| 9 | 11/20/18 | 97010 | Application modality 1/> areas hot/cold packs | 1 | 25.00 | 0.00 | 0.00 | DOC55 |
| ICD Ref | 1,2,3,4,5 | | | | | | | |
| Total Lines : | 61 | | | | 2776.00 | 0.00 | 0.00 | |

Claim Rep: Jenafer Dominguez
800-531-8722 x 74559



**USAA**®

| Billing Provider : | SIMMONS CHIROPRACTIC CLINIC | Member Number : 019147374-014-000 | UV4129343- EORID -we Copy |
|---|---|---|---|
| Service Provider : | SIMMONS, J TERRY | | |
| | | Total Charges :   $ 2,776.00 | |
| Patient Name    : | SCHLAGEL, ERIN | Dates Of Service :   11/19/2018    -   12/17/2018 | |

| | |
|---|---|
| Reimbursement Amount : | 0.00 |
| Apportionment % : | |
| Subtotal : | 0.00 |
| Less Deductible : | 0.00 |
| Limited Benefits/Copay : | 0.00 |
| Collateral Source/Healthcare Carrier Payment : | 0.00 |
| Plus Interest & Penalty : | 0.00 |
| EOR Check Amount : | 0.00 |
| Allocated PIP Payment : | 0.00 |
| Allocated MedPay Payment : | 0.00 |

Comments :

| EXPLANATION | EXPLANATION FOR THE REVIEW AMOUNT | REF DOC_ID | REF LINE NUMBER |
|---|---|---|---|
| DOC55 | In order to make a reimbursement decision, documentation is needed to support the medical necessity for continued care or treatment. Documentation must include all records, such as patient history, evaluations, test results, progress notes, prescriptions and treatment plans. | | |



**Claim Rep: Jenafer Dominguez**
**800-531-8722 x 74559**



| Billing Provider : | SIMMONS CHIROPRACTIC CLINIC | Member Number : 019147374-014-000 | UV4129343- EORID -we Copy |
| Service Provider : | SIMMONS, J TERRY | | |
| | | Total Charges : $ 2,776.00 | |
| Patient Name : | SCHLAGEL, ERIN | Dates Of Service : 11/19/2018    -   12/17/2018 | |

o fines and confinement in prison."

## How to Obtain Answers to Questions about USAA's Explanation of Reimbursement (EOR)
## and
## How to Submit a Formal Appeal

You or your health care provider may have questions regarding the information contained in this Explanation of Reimbursement (EOR). You or your provider may also wish to formally appeal the results of USAA's claim payment decision.

### How to Obtain Answers to Questions about Your EOR

For questions concerning the information contained in this EOR or any accompanying physician's letter, contact Auto Injury Solutions (AIS) customer service at (866) 673-3443. AIS is an independent contractor that provides a medical bill auditing tool to assist USAA in reviewing health care provider services and charges to ensure billing accuracy, to avoid duplication of payment, to identify treatment that is reasonable, necessary, and appropriate for accident related injuries, and to evaluate the reimbursement amount. If, after speaking with AIS customer service, you have additional questions about benefits available under your medical coverage, please contact your USAA claim representative.

### How to Submit a Formal Appeal of the Claim Payment Decision

If you or your health care providers do not accept the amounts stated on this EOR as payment in full from USAA, please submit your written notice of appeal of USAA's claim payment decision to the following address:

Auto Injury Solutions
Attn:  USAA Medical Mail Dept.
P. O. BOX 5000
Daphne, AL 36526

To expedite processing, the formal written appeal should:

1. Include a copy of each EOR containing a claim decision you dispute;
2. Specify the items in the EOR(s) you wish to dispute;
3. Contain an explanation of why you disagree with the payment decision;
4. Include all of the provider's records pertaining to the diagnosis and treatment of the patient referenced on the reverse side if these have not been previously provided;
5. Be signed and dated; and
6. Be mailed to the above address.

**All appeals must be signed and dated.**

USAA will provide a written response to the appeal.

